1058

[No. 26797-3-I.   Division One.   April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHON
E. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-1-01565-4, John F. Wilson, J., entered
August 9, 1990. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 28786-9-I.   Division One.   April 26, 1993.]

FLORENCE D. COLEMAN, ET AL, *Appellants*, v. ERNST
HOME CENTER, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-19833-9, Robert H. Alsdorf, J., entered
June 5, 1991. *Affirmed* by unpublished opinion per Kennedy,
J., concurred in by Pekelis, A.C.J., and Baker, J.
Withdrawn June 7, 1993. See 70 Wn. App. 213.

[No. 30076-8-I.   Division One.   April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON
GLEN LEIGH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-04651-1, Frank L. Sullivan, J., entered
February 5, 1992. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 28437-1-I.   Division One.   April 26, 1993.]

JOHN M. CONWAY, *Respondent*, v. BILLY J. AMBURGEY,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-20416-9, Carol A. Schapira, J., entered
April 17, 1991. *Reversed* by unpublished opinion per Cole-
man, J., concurred in by Pekelis, A.C.J., and Scholfield, J.